| Return | | |
|---|---|---|
| Case No.:<br>2:19MJ18 | Date and time warrant executed:<br>7/29/2019 @ 3:40 pm (app) | Copy of warrant and inventory left with:<br>Misty NELMS |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

(1) Jeremy David MALLORY - Federal Fugitive

*NO ACTUAL ITEMS WERE TAKEN AS EVIDENCE *

FORCED ENTRY MADE TO THE FRONT DOOR/ TORT CLAIM PROVIDED TO MISTY NELMS. ENTRY SECURED AND PHOTOS TAKEN OF DAMAGE

* COPY PROVIDED TO MISTY NELMS ON 07/30/2019 at 9:16 AM
(SWORJ IA)

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUL 30 2019

JULIA C. DUDLEY, CLERK
BY: C. Surber
DEPUTY CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/29/2019

Executing officer's signature

Jim Satterwhite, ASDUSM
Printed name and title

Returned to me this 30th day of July, 2019.
Pamela Meade Sargent
USMJ